Parsons v. Curry.

————◄••►————

PARSONS, Plaintiff in Error, v. CURRY, Defendant in Error.

1. Judgment reversed for want of a finding of the facts.

*Error to Cole Circuit Court.*

*Parsons* and *Edwards*, for plaintiff in error.

*Gardenhire*, for defendant in error.

RICHARDSON, Judge. This cause was tried by the court without a jury and the record does not contain the finding of the facts. For this omission the judgment must be reversed and the cause remanded. It may be observed that this requirement only applies to suits brought under the act of 1849. The other judges concur.